## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tiffany Roper, et al.

                                              Plaintiff,

v.                                                                          Case No.: 1:23−cv−01836
                                                                             Honorable Lindsay C. Jenkins

Rise Interactive Media & Analytics, LLC

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The joint motion for an extension of the fact discovery deadline [41] is granted. The parties report that they are engaging in settlement discussions including by way of a mediation set for July 22, 2024. To allow time for the parties to focus on settlement, fact discovery is extended to October 31, 2024. A status report as to the outcome of the mediation (and settlement efforts generally) is due by July 29, 2024 (and no report need be filed by June 17, 2024 as previously ordered). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.