# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROPER and HEIDI EMMERLING, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>RISE INTERACTIVE MEDIA & ANALYTICS, LLC,<br><br>        Defendant. | Case No. 1:23-cv-1836<br><br>Judge: Hon. Lindsay Jenkins |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

The Parties are pleased to notify the Court that, following mediation, they have reached an agreement in principle to settle this Action on a classwide basis. As a result, the Parties jointly request that all deadlines be stayed for sixty (60) days to September 27, 2024 in order for Plaintiffs to file a motion for preliminary approval of the class action settlement.

Dated: July 29, 2024

Respectfully submitted,

/s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Attorney for Plaintiff and the Proposed Class*

/s/ Timothy J. Lowe

33648444.1

Timothy J, Lowe (admitted *pro hac vice*)
Jared Brown
McDonald Hopkins PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
tlowe@mcdonaldhopkins.com
jradecki@mcdonaldhopkins.com

*Attorneys for Defendant Rise Interactive Media and Analytics, LLC*