**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tiffany Roper, et al.

                                Plaintiff,

v.                                        Case No.: 1:23−cv−01836
                                        Honorable Lindsay C. Jenkins

Rise Interactive Media & Analytics, LLC

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 29, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties report that they have reached a settlement but need time to finalize that agreement. The motion to stay [43] is granted. The pending deadlines are stricken and the parties are to file a joint status report that provides an update on the plan for finalizing the class action settlement by September 27, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.