**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Tiffany Roper, et al.

Plaintiff,

v.                                                    Case No.: 1:23−cv−01836
                                                      Honorable Lindsay C. Jenkins

Rise Interactive Media & Analytics, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 21, 2024:

        MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for excess pages [49] is granted. Plaintiff's unopposed motion for Preliminary Approval of Class Action Settlement [50] is granted. The parties are to submit a proposed order to the Court's P.O. Box by October 23, 2024. That submission should also include an agreed schedule of dates for filing: the motion for final approval of the settlement; the motion for attorneys' fees and a service award to class members; a date for filing any objections to the settlement and attorney's fee award; dates for settlement class members to exclude themselves or opt−out; and a proposed time frame for an in−person final fairness Hearing. The Court also requests the submission include a date for the settlement administrator to file a declaration or affidavit with the Court that confirms the implementation of the notice plan, and any corresponding dates to respond or object. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.