## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Tiffany Roper, et al.

                                                        Plaintiff,

v.                                                                Case No.: 1:23−cv−01836
                                                                           Honorable Lindsay C. Jenkins

Rise Interactive Media & Analytics, LLC

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: By separate entry, the Court sets the attached schedule on the motion for Approval of the Class Action Settlement. The final approval hearing will be held on March 11, 2025 at 9:00 a.m. in Courtroom 2119, 219 S. Dearborn Street, Chicago, Illinois. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.