# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Tiffany Roper, et al.
                                              Plaintiff,

v.                                                                          Case No.: 1:23−cv−01836
                                                                         Honorable Lindsay C. Jenkins

Rise Interactive Media & Analytics, LLC
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The unopposed motion for excess pages [58] is granted. The motion for final settlement approval may not exceed 24 pages. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.