**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TIFFANY ROPER and HEIDI EMMERLING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RISE INTERACTIVE MEDIA & ANALYTICS, LLC, <br><br> Defendant. | Case No. 1:23-cv-1836 <br><br> Judge: Hon. Lindsay Jenkins |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiffs Tiffany Roper and Heidi Emmerling ("Representative Plaintiffs"), individually and on behalf of the Settlement Class, hereby move this Court to:

1. Grant final approval to the Settlement Agreement as submitted in Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement;

2. Approve Plaintiffs' Unopposed Motion for Fees, Expenses, and Service Awards;

3. Certify the Settlement Class for settlement purposes only;

4. Approve the settlement described in the "Settlement Agreement" between Plaintiffs and Defendants Rise Interactive Media & Analytics, LLC ("Defendant"), as fair, adequate, and reasonable;

5. Approve the Claims Administrator's costs as set out in the Declaration of Caroline Barazesh; and

      6.      Dismiss this Action with prejudice.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of the Unopposed Motion for Final Approval of Class Action Settlement; (3) the Settlement Agreement; (4) Plaintiffs' Unoppposed Motion for Attorneys' Fees, Expenses, and Service Awards; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date:   February 25, 2025                        Respectfully Submitted,

                                                            */s/ Carl V. Malmstrom*
                                                            Carl V. Malmstrom
                                                            **WOLF HALDENSTEIN ADLER**
                                                            **FREEMAN & HERZ LLC**
                                                            111 West Jackson Boulevard, Suite 1700
                                                           Chicago, IL 60604-3597
                                                           Tel: (312) 984-0000
                                                           malmstrom@whafh.com

                                                           *Counsel for Plaintiffs and the Settlement Class*

4860-9655-0862.1