## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Tiffany Roper, et al.

                                Plaintiff,

v.                                     Case No.: 1:23−cv−01836
                                         Honorable Lindsay C. Jenkins

Rise Interactive Media & Analytics, LLC

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Motion hearing held. By agreement without objections, Plaintiffs' unopposed motion for final approval of class action settlement [60] is granted. The motion for attorneys' fees [57] is also granted. Enter orders. Civil case closed. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.